

| | |
|---|---|
| **Daniel M. Silver**<br>Partner<br>T. 302-984-6331<br>F. 302-691-1260<br>dsilver@mccarter.com | McCarter & English, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801-3717<br>www.mccarter.com |

December 30, 2019

**PUBLIC VERSION FILED: January 6, 2020**

The Honorable Maryellen Noreika
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re: *Duchesnay Inc. v. Actavis Laboratories FL, Inc., et al.*
           C.A. No. 18-1895-MN

Dear Judge Noreika:

      This firm, together with Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, represent Plaintiff Duchesnay Inc. in the above matter. With the consent of counsel for Defendants Actavis Laboratories FL, Inc. and Teva Pharmaceuticals USA, Inc., we write to inform Your Honor [REDACTED] If this is acceptable to the Court, we respectfully that this letter be "So Ordered" and entered on the docket.

      Counsel are available should Your Honor have any questions.

                                               Respectfully Submitted,

| **MCCARTER & ENGLISH, LLP** | **SHAW KELLER LLP** |
|---|---|
| */s/ Daniel M. Silver* | */s/ Nathan R. Hoeschen* |
| Daniel M. Silver (No. 4758) | Karen E. Keller (No. 4489) |
| Alexandra M. Joyce (No. 6423) | Nathan R. Hoeschen (No. 6232) |
| Renaissance Centre | I.M. Pei Building |
| 405 N. King Street, 8th Floor | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6300 | (302) 298-0700 |
| dsilver@mccarter.com | kkeller@shawkeller.com |
| ajoyce@mccarter.com | nhoeschen@shawkeller.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

  cc:    All Counsel of Record (via CM/ECF and e-mail)

ME1 32267663v.1

The Honorable Maryellen Noreika<br>
December 30, 2019<br>
Page 2

**SO ORDERED:**

Dated: _____

                                                  _____
The Honorable Maryellen Noreika
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on December 30, 2019 on the following counsel in the manner indicated:

### VIA EMAIL

Karen E. Keller
Nathan R. Hoeschen
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Flr.
Wilmington, DE  19801
kkeller@shawkeller.com
nhoeschen@shawkeller.com

Jay P. Lefkowitz
Jeanna M. Wacker
Jessica Lam
Ashley L. Ross
KIRKLAND & ELLIS, LLP
601 Lexington Avenue
New York, NY  10022
(212) 446-4800
lefkowitz@kirkland.com
jeanna.wacker@kirkland.com
jessica.lam@kirkland.com
ashley.ross@kirkland.com

*Attorneys for Defendants*

                     */s/ Daniel M. Silver*
                     Daniel M. Silver (#4758)