

**Daniel M. Silver**
Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

February 28, 2020

**VIA CM/ECF & HAND DELIVERY**

Honorable Maryellen Noreika
United States District Judge
United States District Court for the District of Delaware
Clarkson S. Fisher Federal Building and
U.S. Courthouse, Room 5000
844 N. King Street
Wilmington, DE 19801

**PUBLIC VERSION FILED: March 3, 2020**

Re: *Duchesnay Inc. v. Actavis Laboratories FL, Inc. and Teva Pharmaceuticals USA, Inc.*
   Civil Action No. 18-01895-MN

Dear Judge Noreika:

    This firm, together with Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, represent Plaintiff Duchesnay Inc. in the above matter. With the consent of counsel for Defendants Actavis Laboratories FL, Inc. and Teva Pharmaceuticals USA, Inc., we write to inform Your Honor that the parties ████████████████████████████████████████████████████████████████████████████████████████ If this is acceptable to the Court, we respectfully that this letter be "So Ordered" and entered on the docket.

    Counsel are available should Your Honor have any questions.

ME1 32751099v.1

Respectfully Submitted,

| **MCCARTER & ENGLISH, LLP** | **SHAW KELLER LLP** |
|---|---|
| */s/ Daniel M. Silver* | */s/ Nathan R. Hoeschen* |
| Daniel M. Silver (No. 4758) | Karen E. Keller (No. 4489) |
| Alexandra M. Joyce (No. 6423) | Nathan R. Hoeschen (No. 6232) |
| Renaissance Centre | I.M. Pei Building |
| 405 N. King Street, 8th Floor | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6300 | (302) 298-0700 |
| dsilver@mccarter.com | kkeller@shawkeller.com |
| ajoyce@mccarter.com | nhoeschen@shawkeller.com |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| Barbara R. Rudolph | Jay P. Lefkowitz |
| Danielle A. Duszczyszyn | Jeanna M. Wacker |
| Cora R. Holt | Ashley L. Ross |
| Benjamin T. Hemmelgarn | Jessica Lam |
| FINNEGAN HENDERSON FARABOW GARRET & DUNNER, LLP | KIRKLAND & ELLIS, LLP |
| 901 New York Avenue, NW | 601 Lexington Avenue |
| Washington, DC 20001 | New York, NY 10022 |
| (202) 408-4000 | (212) 446-4800 |
| barbara.rudolph@finnegan.com | lefkowitz@kirkland.com |
| danielle.duszczyszyn@finnegan.com | jeanna.wacker@kirkland.com |
| cora.holt@finnegan.com | ashley.ross@kirkland.com |
| benjamin.hemmelgarn@finnegan.com | jessica.lam@kirkland.com |
| | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

cc: All Counsel of Record (via CM/ECF and e-mail)

SO ORDERED:

Dated: _____          _____
                                       The Honorable Maryellen Noreika
                                       United States Judge

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on February 28, 2020 on the following counsel in the manner indicated:

## VIA EMAIL

Karen E. Keller
Nathan R. Hoeschen
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Flr.
Wilmington, DE 19801
kkeller@shawkeller.com
nhoeschen@shawkeller.com

Jay P. Lefkowitz
Jeanna M. Wacker
Jessica Lam
Ashley L. Ross
KIRKLAND & ELLIS, LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
lefkowitz@kirkland.com
jeanna.wacker@kirkland.com
jessica.lam@kirkland.com
ashley.ross@kirkland.com

*Attorneys for Defendants*

         */s/ Daniel M. Silver*
         Daniel M. Silver (#4758)